**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-647-FDW-DCK**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| APPROXIMATELY $7,000 IN FUNDS ) | |
| SEIZED DURING A SEARCH OF JOHN ) | |
| SHEHU AT THE CHARLOTTE DOUGLAS ) | |
| INTERNATIONAL AIRPORT; ) | |
| ) | |
| APPROXIMATELY $44,250.00 IN FUNDS ) | |
| SEIZED DURING A SEARCH OF SAMUEL ) | |
| FLOOD AT THE CHARLOTTE DOUGLAS ) | |
| INTERNATIONAL AIRPORT; and ) | |
| ) | |
| APPROXIMATELY $21,000 IN FUNDS ) | |
| SEIZED DURING A SEARCH OF JOAN ) | |
| MANUEL CALDERON AT THE ) | |
| CHARLOTTE DOUGLAS ) | |
| INTERNATIONAL AIRPORT, ) | |
| ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Government's Motion To Conduct Discovery" (Document No. 11) filed December 16, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and applicable authority, the undersigned will grant the motion. The undersigned notes that no response has been filed to this motion, and the time to do so has lapsed.

**IT IS, THEREFORE, ORDERED** that the "Government's Motion To Conduct Discovery" (Document No. 11) is **GRANTED**. The parties may conduct pre-trial discovery up to **April 6, 2017.**

**IT IS FURTHER ORDERED** that the parties shall file a Status Report upon completion of their initial discovery, but no later than **April 12, 2017**.

**SO ORDERED**.

Signed: January 5, 2017

David C. Keesler
United States Magistrate Judge