# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:16-cv-00647

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            Plaintiff, )<br>)<br>v. )<br>)<br>Approximately $7,000 in funds seized )<br>during a search of John Shehu at the )<br>Charlotte Douglas International Airport; )<br>)<br>Approximately $44,250.00 in funds seized )<br>during a search of Samuel Flood at the )<br>Charlotte Douglas International Airport; and )<br>)<br>Approximately $21,000 in funds seized )<br>during a search of Joan Manuel Calderon )<br>at the Charlotte Douglas International )<br>Airport. | DEFAULT JUDGMENT OF FORFEITURE |

      A default having been entered against Defendant property and Claimants and counsel for the United States having now requested judgment by default all in accordance with Rule 55(a) and (b)(1) of the Federal Rules of Civil Procedure; Judgment by default is rendered in favor of Plaintiff, the United States of America. The Court declares that the United States is the lawful owner of the subject property Defendant $7,000, $44,250, and $21,000 in U.S. Currency.

      IT IS SO ORDERED.

Signed: May 25, 2017

_____
Frank D. Whitney
Chief United States District Judge

1